# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1809
Lower Tribunal No. 2019-CA-11319-O

_____

RODRIGO ALVAREZ and R & E TRUCKING GROUP, LLC,

Appellants,

v.

KIM JOHNSON,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Chad K. Alvaro, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, JJ., concur.


Elizabeth K. Russo and Paulo R. Lima, of Russo Lima Appellate Firm, P.A., Miami, and Aaron H. Epstein and Richard C. Kearley, of Sastre Saavedra & Epstein, PLLC, Miami, for Appellants.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED